No. 828. FARMERS & MECHANICS NATIONAL BANK *v.* W. W. WILKINSON, TRUSTEE. March 10, 1924. Petition

for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin C. Brandenburg* and *Mr. Charles A. Boynton* for petitioner. *Mr. Mark McMahon* for respondent.